UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SILVIA BURLEY, as chairperson of the California Valley Miwok Tribe; and the CALIFORNIA VALLEY MIWOK TRIBE, as a federally recognized tribe of the Miwok people,<br><br>          Plaintiffs,<br><br>     v.<br><br>ONEWEST BANK, FSB; MERIDIAN FORECLOSURE SERVICE; DEUTSCHE BANK NATIONAL TRUST COMPANY; and DOES 1-10, inclusive,<br><br>          Defendants. | <u>ORDER RELATING CASES</u><br><br>CIV. NO. 2:14-1349 WBS EFB |
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>SILVIA BURLEY; ANJELICA PAULK; TYLER PAULK; RASHEL REZNOR; MILDRED BURLEY; and TRISTIAN WALLACE, | CIV. NO. 2:14-1567 GEB CKD |

1

|   |   |
|---|---|
| 1 | Defendants. |
| 2 |   |
| 3 |   |

----oo0oo----

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) because the actions involve common parties, issues of fact, and questions of law.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Burley v. OneWest Bank, FSB, Civ. No. 2:14-1349 WBS EFB, and Deutsche Bank National Trust Company v. Burley, Civ. No. 2:14-1567 GEB CKD, be deemed related and the case denominated Deutsche Bank National Trust Company v. Burley, Civ. No. 2:14-1567 GEB CKD, shall be reassigned to the Honorable William B. Shubb and Magistrate Judge Edmund F. Brennan.  All dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as Deutsche Bank National Trust Company v. Burley, Civ. No. 2:14-1567 WBS EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: July 31, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE