# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA BURLEY, as chairperson of the California Valley Miwok Tribe; and THE CALIFORNIA VALLEY MIWOK TRIBE, as a federally recognized tribe of the Miwok People,<br><br>Plaintiffs,<br><br>v.<br><br>ONEWEST BANK, FSB; MERIDIAN FORECLOSURE SERVICE; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR3, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-AR-3 UNDER THE POOLING AND SERVICING AGREEMENT DATED MAY 1, 2007; and DOES 1 – 10, inclusive,<br><br>Defendants. | CASE NO.: **2:14-cv-01349-WBS-EFB**<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE FROM SEPTEMBER 29, 2014, TO JANUARY 5, 2015**<br><br>Date: September 29, 2014<br>Time: 2:00 PM<br>Dept: 5 |

The parties have stipulated to continue the scheduling conference from September 29, 2014 at 2 p.m. to January 5, 2015 at 2 p.m in Department 5. A Joint Status Report shall be filed no later than December 22, 2014.

IT IS SO ORDERED.

Dated: September 24, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE