WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Lukasz I. Wozniak, Esq., SBN 246329
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 608-9142
Email: lwozniak@wrightlegal.net

Attorneys for Defendants,
ONEWEST BANK, N.A., f/k/a ONEWEST BANK, FSB and DEUTSCHE
BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC
INDA MORTGAGE LOAN TRUST 2007-AR3, MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2007-AR3 UNDER THE POOLING
AND SERVICING AGREEMENT DATED MAY 1, 2007

# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA BURLEY, as chairperson of the California Valley Miwok Tribe; and THE CALIFORNIA VALLEY MIWOK TRIBE, as a federally recognized tribe of Miwok People, <br><br> Plaintiff, <br><br> vs. <br><br> ONEWEST BANK, FSB, FSB; MERIDIAN FORECLOSURE SERVICE; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR3, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-AR-3 UNDER THE POOLING AND SERVICING AGREEMENT DATED MAY 1, 2007; and DOES 1 -10, inclusive, <br> Defendants. | Case No:  2:14-cv-01349-WBS-EFB <br><br> Assigned to:  Hon. William B. Shubb <br><br> **ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT THE MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> Date:        December 1, 2014 <br> Time:        2:00 p.m. <br> Courtroom: #5 – 14th Floor |

1    The Court, having read and considered Defendants' request for telephonic

2 appearance at the Motion to Dismiss First Amended Complaint set for December

3 1, 2014 at 2:00 p.m., and good cause appearing, finds:

4    DEFENDANTS' Request for Telephonic Appearance is GRANTED;

5

6    The Courtroom Deputy shall email counsel with instructions on how to

7 participate in the telephone conference call.

8

9

10    **ACCORDINGLY, IT IS ORDERED:**

11

12    DEFENDANTS' counsel may appear by telephone at the Motion to

13 Dismiss First Amended Complaint set for December 1, 2014 at 2:00 p.m.

14    Dated:  November 24, 2014

15

16    WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28