Gary S. Saunders, Esq. SBN: 144385
SAUNDERS LAW GROUP, LTD.
1891 California Avenue, Suite 102
Corona, CA 92881
Tel. (951) 272-9114
Fax (951) 270-5250

Attorney for Plaintiffs
SILVIA BURLEY and
THE CALIFORNIA VALLEY MIWOK TRIBE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA BURLEY, as chairperson of the California Valley Miwok Tribe; and THE CALIFORNIA VALLEY MIWOK TRIBE, as a federally recognized tribe of the Miwok People,<br><br>Plaintiffs,<br><br>v.<br><br>ONEWEST BANK, FSB; MERIDIAN FORECLOSURE SERVICE; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR3, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-AR-3 UNDER THE POOLING AND SERVICING AGREEMENT DATED MAY 1, 2007; and DOES 1 – 10, inclusive,<br><br>Defendants. | CASE NO.: **2:14-cv-01349-WBS-EFB**<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AT THE MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>DATE:       December 1, 2014<br>TIME:        2:00 p.m.<br>CTRM:       5 – 14th Floor |

1

1    The Court having read and considered Plaintiffs' request for telephonic appearance at the

2    Motion to Dismiss First Amended Complaint set for December 1, 2014, at 2:00 p.m. and good cause

3    appearing, finds:

4         Plaintiffs' Request for Telephonic Appearance is granted.

5

6         The Courtroom Deputy shall e-mail counsel instructions on how to participate in the telephone

7    conference call.

8         Accordingly, it is so ordered.

9         Plaintiffs' counsel may appear by telephone at the Motion to Dismiss.

10   Dated:  November 26, 2014

11

12   _____

     WILLIAM B. SHUBB
13   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER