# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA BURLEY, as chairperson of the California Valley Miwok Tribe; and THE CALIFORNIA VALLEY MIWOK TRIBE, as a federally recognized tribe of the Miwok People,<br><br>           Plaintiffs,<br><br>           v.<br><br>ONEWEST BANK, FSB; MERIDIAN FORECLOSURE SERVICE; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR3, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-AR-3 UNDER THE POOLING AND SERVICING AGREEMENT DATED MAY 1, 2007; and DOES 1 – 10, inclusive,<br><br>           Defendants. | CASE NO.:  **2:14-cv-01349-WBS-EFB**<br><br>ORDER CONTINUING THE SCHEDULING CONFERENCE FROM JANUARY 5, 2015 TO APRIL 6, 2015.<br><br>[Stipulation filed concurrently herewith]<br><br>Date: January 5, 2014<br>Time: 2:00 PM<br>Dept: 5<br><br>**Continued to:**<br>**Date:  April 13, 2015**<br>**Time:        2:00 p.m.**<br>**Dept:        5** |

[PROPOSED] ORDER CONTINUING THE SCHEDULING CONFERENCE

## ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

The Court orders that the status conference on January 5, 2015, shall be continued until **April 13, 2015 at 2:00 p.m.**   A Joint Status Report shall be filed no later than **March 30, 2015**.

**IT IS SO ORDERED.**

**Dated:  December 23, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE