WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Lukasz I. Wozniak, Esq., SBN 246329
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 608-9142
Email: lwozniak@wrightlegal.net

Attorneys for Defendants,
ONEWEST BANK, N.A., f/k/a ONEWEST BANK, FSB and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3 UNDER THE POOLING AND SERVICING AGREEMENT DATED MAY 1, 2007

# UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA BURLEY, as chairperson of the California Valley Miwok Tribe; and THE CALIFORNIA VALLEY MIWOK TRIBE, as a federally recognized tribe of Miwok People,<br><br>          Plaintiff,<br><br>     vs.<br><br>ONEWEST BANK, FSB, FSB; MERIDIAN FORECLOSURE SERVICE; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR3, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-AR-3 UNDER THE POOLING AND SERVICING AGREEMENT DATED MAY 1, 2007; and DOES 1 -10, inclusive,<br>          Defendants. | Case No: 2:14-cv-01349-WBS-EFB<br><br>Assigned to: Hon. William B. Shubb<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT THE MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br><br>Date:         February 9, 2015<br>Time:         2:00 p.m.<br>Courtroom: #5 – 14th Floor |

1  The Court, having read and considered Defendants' request for telephonic
2  appearance at the Motion to Dismiss Second Amended Complaint set for February
3  9, 2015 at 2:00 p.m., and good cause appearing, finds:

4
5  DEFENDANTS' Request for Telephonic Appearance is GRANTED;

6  The Courtroom Deputy shall email counsel with instructions on how to
7  participate in the telephone conference call.

8
9
10  **ACCORDINGLY, IT IS ORDERED:**
11
12  DEFENDANTS' counsel may appear by telephone at the Motion to
13  Dismiss Second Amended Complaint set for February 9, 2015 at 2:00 p.m.

14  Dated:  January 28, 2015
15
16  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28