Gary S. Saunders, Esq. SBN: 144385
SAUNDERS LAW GROUP, LTD.
1891 California Avenue, Suite 102
Corona, CA 92881
Tel. (951) 272-9114
Fax (951) 270-5250

Attorney for Plaintiffs
SILVIA BURLEY and
THE CALIFORNIA VALLEY MIWOK TRIBE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SILVIA BURLEY, as chairperson of the California Valley Miwok Tribe; and THE CALIFORNIA VALLEY MIWOK TRIBE, as a federally recognized tribe of the Miwok People,<br><br>Plaintiffs,<br><br>v.<br><br>ONEWEST BANK, FSB; MERIDIAN FORECLOSURE SERVICE; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR3, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-AR-3 UNDER THE POOLING AND SERVICING AGREEMENT DATED MAY 1, 2007; and DOES 1 – 10, inclusive,<br><br>Defendants. | CASE NO.: **2:14-cv-01349-WBS-EFB**<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AT THE MOTION TO DISMISS FIRST AMENDED COMPLAINT BEFORE DISTRICT JUDGE WILLIAM B. SHUBB**<br><br>DATE:    February 9, 2015<br>TIME:    2:00 p.m.<br>CTRM:   5 – 14th Floor |

The Court, having read and considered Plaintiffs' request for telephonic appearance at the Motion to Dismiss Second Amended Complaint set for February 9, 2015, at 2:00 p.m., and good cause appearing finds,:

Plaintiffs' Request for Telephonic Appearance is GRANTED.

The Courtroom Deputy shall email counsel with instructions on how to participate in the telephone conference call.

ACCORDINGLY, IT IS SO ORDERED:

Plaintiffs' counsel may appear by telephone at the Motion to Dismiss Second Amended Complaint.

Dated:  February 5, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE