UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SILVIA BURLEY, as chairperson of the California Valley Miwok Tribe; and the CALIFORNIA VALLEY MIWOK TRIBE, as a federally recognized tribe of the Miwok people,<br><br>    Plaintiffs,<br><br>    v.<br><br>ONEWEST BANK, FSB; MERIDIAN FORECLOSURE SERVICE; DEUTSCHE BANK NATIONAL TRUST COMPANY; and DOES 1-10, inclusive,<br><br>    Defendants. | CIV. NO. 2:14-1349 WBS EFB<br><br>ORDER |

----oo0oo----

On December 3, 2014, the court dismissed plaintiffs' First Amended Complaint ("FAC") with limited leave to amend. Plaintiffs have now filed a Second Amended Complaint ("SAC"). (Docket No. 32), which defendants move to dismiss pursuant to

1

Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. (Docket No. 35.) Because the SAC cures, for purposes of surviving a Rule 12(b)(6) motion, the deficiencies in the FAC noted in the court's previous Order, defendants' motion to dismiss the SAC is DENIED. The court expresses no opinion as to whether plaintiffs' allegations are sufficient to survive a Motion for Summary Judgment under Federal Rule of Civil Procedure 56.

    IT IS SO ORDERED.

Dated: February 9, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE