WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Lukasz I. Wozniak, Esq., SBN 246329
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 608-9142
Email: lwozniak@wrightlegal.net

Attorneys for Defendants,
ONEWEST BANK, N.A., f/k/a ONEWEST BANK, FSB and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3 UNDER THE POOLING AND SERVICING AGREEMENT DATED MAY 1, 2007

## UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA BURLEY, as chairperson of the California Valley Miwok Tribe; and THE CALIFORNIA VALLEY MIWOK TRIBE, as a federally recognized tribe of Miwok People,<br><br>Plaintiff,<br><br>vs.<br><br>ONEWEST BANK, FSB, FSB; MERIDIAN FORECLOSURE SERVICE; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR3, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-AR-3 UNDER THE POOLING AND SERVICING AGREEMENT DATED MAY 1, 2007; and DOES 1 -10, inclusive,<br>                Defendants. | Case No: 2:14-cv-01349-WBS-EFB<br><br>Assigned to: Hon. William B. Shubb<br><br>**AMENDED [PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINES SET FORTH IN STATUS (PRETRIAL SCHEDULING) ORDER FOR 90 DAYS** |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having reviewed the Joint Stipulation of the parties to Continue the Deadlines Set Forth in the Status (Pretrial Scheduling) Order [Docket No. 50] for 90 Days, good cause appearing therefor, hereby orders as follows:

1. Initial disclosures to be served by October 1, 2015;
2. Disclosure of experts and produce reports by November 17, 2015;
3. Expert testimony intended solely for rebuttal, experts to be disclosed and reports produced by December 21, 2015;
4. All discovery, including depositions for preservation of testimony shall be completed by February 16, 2016;
5. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, to be filed on or before April 4, 2016;
6. Final Pretrial Conference to be set on **June 20, 2016 at 2:00 p.m.** in Courtroom 5; and
7. Jury trial to be set for **August 16, 2016 at 9:00 a.m.** in Courtroom 5.

The Joint Stipulation to Continue the Deadlines Set Forth in the Status (Pretrial Scheduling) Order for 90 Days is GRANTED. Counsel shall comply with the procedures outlined in the Court's Status (Pretrial Scheduling) Order issued April 8, 2015 (Docket No. 50).

IT IS SO ORDERED.

Dated:  August 28, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE